**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

IN THE INTEREST OF: K.C.C., A MINOR  :  No. 564 EAL 2018
:
:
:
PETITION OF: K.C., MOTHER        :  Petition for Allowance of Appeal from
:  the Order of the Superior Court

## ORDER

**PER CURIAM**

     **AND NOW**, this 16th day of January, 2019, the Petition for Allowance of Appeal is

**DENIED**.